UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADAM ZELTON,<br><br>              Plaintiff,<br><br>    v.<br><br>FEDEX EXPRESS CORPORATION, et al.,<br><br>              Defendants. | Case No. C23-1174-TL<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

Because Plaintiff does not appear to have funds available to afford the $402.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1).  Therefore, Plaintiff's IFP application, Dkt. 3, is GRANTED.  The Clerk is directed to send copies of this Order to the parties and to the Honorable Tana Lin.

Dated this 31st day of August, 2023.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1