UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADAM ZELTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDEX EXPRESS CORPORATION et al.,<br><br>　　　　　Defendants. | CASE NO. 2:23-cv-01174-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) On November 22, 2023, Defendants filed a Motion to Dismiss that was properly noted for December 15, 2023. Dkt. No. 13. Pursuant to the Local Civil Rules, Plaintiff's deadline to file a response in opposition to the motion was Monday, December 11, 2023. LCR 7(d)(3). Defendant appropriately filed a reply brief on December 14, 2023, indicating Plaintiff's failure to oppose the motion. Dkt. No. 18.

Later that same day, Plaintiff filed a response brief opposing the motion to dismiss. Dkt. No. 19. Plaintiff does not offer any justification for the delay in responding.

(2) "[I]t is axiomatic that pro se litigants, whatever their ability level, are subject to the same procedural requirements as other litigants." *Muñoz v. United States*, 28 F.4th 973, 978 (9th Cir. 2022) (internal citations omitted). Nonetheless, in the interest of ensuring the case proceeds on the merits, the Court will consider Plaintiff's late filed response. Consequently, the Court RE-NOTES Defendants' motion and DIRECTS Defendants to file an amended reply by **Friday, January 5, 2023.**

(3) Going forward, the Court expects all Parties to comply with all applicable rules of practice, including any relevant deadlines set by the Federal Rules of Civil Procedure, the Local Civil Rules, Judge Lin's Standing Order for Civil Cases,[1] and any Order entered in this case.

Dated this 19th day of December 2023.

Ravi Subramanian  
Clerk of the Court

s/ Kadya Peter  
Deputy Clerk

---

[1] *See* https://www.wawd.uscourts.gov/sites/wawd/files/RepresentingYourselfinaCivilMatter.pdf, for links to these and additional resources.